```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| CYNTHIA HORNE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3152 |
| | ) | |
| v. | ) | |
| | ) | |
| SAINT ELIZABETH REGIONAL | ) | ORDER |
| MEDICAL CENTER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

The Rule 16 telephone planning conference is continued from today to November 8, 2007 at 1:30 p.m. Plaintiff's counsel shall initiate the call.

DATED this 7th day of November, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge