IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CYNTHIA HORNE, | ) | 4:07CV3152 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SAINT ELIZABETH REGIONAL MEDICAL CENTER, | ) ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Plaintiff's motion for an enlargement of time (filing 20) is granted, as follows:

Plaintiff shall have until January 24, 2008, to respond to Defendant's motion for summary judgment (filing 16).

January 9, 2008.                    BY THE COURT:

                                    s/ *Richard G. Kopf*
                                    United States District Judge